UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

NANCY COLE, individually and on behalf of
all others similarly situated,

        Plaintiff,

v.

RUST-OLEUM CORPORATION,

        Defendant.

Case No.: 1:21-CV-0272-BKS-DJS

Hon. Judge Brenda K. Sannes

## DECLARATION OF ALEC P. HARRIS

I, Alec P. Harris, hereby declare as follows:

1. I am a Senior Associate with the law firm of Armstrong Teasdale LLP.

2. My firm represents Defendant Rust-Oleum Corporation in the above-captioned action.

3. I submit this Declaration to put before the Court certain materials in support of Defendant's Motion to Dismiss and Motion to Strike.

4. Attached hereto as Exhibit A is a true and correct copy of the Consolidated Second Amended Class Action Complaint filed on March 29, 2016 in the United States District Court for the Northern District of Illinois in the matter of *In Re: Rust-Oleum Restore Marketing, Sales Practices and Products Liability Litigation*, Case No. 1:15-cv-1364, MDL No. 2602.

5. Attached hereto as Exhibit B is a true and correct copy of Plaintiff's Combined Motion for Final Approval of Class Action Settlement and Response to Objections, filed on February 13, 2017 in the United States District Court for the Northern District of Illinois in the matter of *In Re: Rust-Oleum Restore Marketing, Sales Practices and Products Liability Litigation*, Case No. 1:15-cv-1364, MDL No. 2602.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this \_\_3rd\_\_ day of April, 2021.

By: _____
Alec P. Harris