# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NANCY COLE, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>RUST-OLEUM CORPORATION,<br><br>Defendant. | Case No.: 1:21-CV-0272 (BKS/DJS)<br><br>**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL**<br><br>Hon. Brenda K. Sannes |

TO THE COURT, ALL PARTIES OF RECORD, AND THEIR COUNSEL:

PLEASE TAKE NOTICE THAT, in accordance with Fed. R. Civ. P. 41(a)(1)(A)(i), the claims of Plaintiff Nancy Cole are voluntarily dismissed without prejudice. Plaintiff explicitly reserves her rights to re-plead, or re-file, these claims in any permissible venue.

Dated: May 14, 2021        Respectfully submitted,

*/s/ Tina Wolfson*
TINA WOLFSON (Bar Roll No. 701806)
*twolfson@ahdootwolfson.com*
CHRISTOPHER STINER (Bar Roll No. 701846)
*cstiner@ahdootwolfson.com*
**AHDOOT & WOLFSON, PC**
2600 W. Olive Avenue, Suite 500
Burbank, California 91505
310.474.9111 (*telephone*)
310.474.8585 (*facsimile*)

ANDREW W. FERICH (Bar Roll No. 702606)
*aferich@ahdootwolfson.com*
**AHDOOT & WOLFSON, PC**
201 King of Prussia Road, Suite 650

1

Radnor, PA 19087
310.474.9111 (*telephone*)
310.474.8585 (*facsimile*)

*Attorneys for Plaintiff and Proposed Class*

IT IS SO ORDERED:

*[signature: Brenda K. Sannes]*

Brenda K. Sannes
U.S. District Judge

Dated: May 18, 2021
Syracuse, NY

2